THE PEOPLE ex rel. RUSSELL H. ROOT et al., Respondents, *v.* J. NELSON TAPPEN, City Chamberlain, etc., Appellant.

(Argued June 20, 1876; decided September 19, 1876.)

THIS case involved the same questions as *Dannat* v. *The Mayor, etc.* (66 N. Y., 585).

*D. J. Dean* for the appellant.

*William Herring* for the respondents.

FOLGER, J., reads for reversal of order and denial of application.

All concur; ANDREWS, J., absent.
Ordered accordingly.